# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JIMMIE JENKINS, Jr | § | Case No. 15-19199 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/01/2015 . The undersigned trustee was appointed on 12/18/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 20,000.00 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---|
| Leaving a balance on hand of[1] | $ | 20,000.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 05/12/2016 and the deadline for filing governmental claims was 05/12/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,407.24 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,407.24 , for a total compensation of $ 2,407.24 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 78.46 , for total expenses of $ 78.46 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/01/2017          By: /s/BARRY A. CHATZ
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-19199 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|---|
| Case Name: | JIMMIE JENKINS, Jr | | | | | Date Filed (f) or Converted (c): | 06/01/2015 (f) |
| | | | | | | 341(a) Meeting Date: | 07/15/2015 |
| For Period Ending: | 09/01/2017 | | | | | Claims Bar Date: | 05/12/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking, savings or other financial accounts | 33.00 | 0.00 | | 0.00 | FA |
| 2. Household goods and furnishings | 900.00 | 0.00 | | 0.00 | FA |
| 3. Wearing apparel | 550.00 | 0.00 | | 0.00 | FA |
| 4. IRA, ERISA, Keogh or pension or profit sharing plans | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. Automobiles, Trucks and Vehicles | 13,725.00 | 0.00 | | 0.00 | FA |
| 6. Worker's Compensation Claim | 20,000.00 | 0.00 | | 0.00 | FA |
| 7. Cause of Action (u) | 0.00 | 0.00 | | 20,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $40,208.00        $0.00        $20,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Single asset is unscheduled recovery from medical malpractice case which begins paying out in 2017.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Chase Bank Checking Account |
| RE PROP # | 5 | -- | 2008 Chevrolet Avalanche - 125,000 miles |
| RE PROP # | 6 | -- | Worker's Compensation Claim<br>10/10/14 Neck Injury<br><br>Attorney: Sklare Law Group, Ltd.<br>20 N. Clark Street<br>Suite 1450<br>Chicago, IL 60602<br>312-782-2308 |
| RE PROP # | 7 | -- | U.S. Trustee's Office received call re undisclosed asset. Further investigation revealed debtor lost child in a personal injury/medical malpractice case in which the debtor and the child's mother were plaintiffs in a law suit to recover damages for death of minor child. |

Initial Projected Date of Final Report (TFR): 12/31/2018      Current Projected Date of Final Report (TFR): 12/31/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-19199 | Trustee Name: BARRY A. CHATZ |
| Case Name: JIMMIE JENKINS, Jr | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0912 |
| | Checking |
| Taxpayer ID No: XX-XXX9845 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/01/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/17 | 7 | PACIFIC LIFE & ANNUITY COMPANY | LIQUIDATION OF OTHER ASSET | 1229-000 | $20,000.00 | | $20,000.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $20,000.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $20,000.00    $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0912 - Checking | $20,000.00 | $0.00 | $20,000.00 |
|  | $20,000.00 | $0.00 | $20,000.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-19199  
Debtor Name: JIMMIE JENKINS, Jr  
Claims Bar Date: 5/12/2016  

Date: September 1, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $2,407.24 | $2,407.24 |
| 100 2200 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $78.46 | $78.46 |
| 100 3210 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602 | Administrative | | $0.00 | $2,264.25 | $2,264.25 |
| 100 3220 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602 | Administrative | | $0.00 | $17.10 | $17.10 |
| 1A 280 5800 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS 60664-0338 | Priority | | $0.00 | $135.41 | $135.41 |
| 1B 300 7100 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS 60664-0338 | Unsecured | | $0.00 | $43.10 | $43.10 |
| 2 300 7100 | PROG FINANCE, LLC<br>256 West Data Drive<br>Draper, UT 84020 | Unsecured | Lease Arrearages | $0.00 | $991.93 | $991.93 |
| 3 350 7200 | GERACI LAW, LLC<br>55 East Monroe Street<br>Suite 3400<br>Chicago, IL 60603 | Unsecured | | $0.00 | $3,200.00 | $3,200.00 |
| 4 350 7200 | VERIZON WIRELESS<br>c/o Pinnacle Credit Service<br>Attn: Bankruptcy<br>P.O. Box 640<br>Hopkins, MN 55343 | Unsecured | | $0.00 | $434.00 | $434.00 |

Case 15-19199    Doc 49    Filed 09/05/17    Entered 09/05/17 13:26:30    Desc Main
Document    Page 8 of 13

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-19199  
Debtor Name: JIMMIE JENKINS, Jr  
Claims Bar Date: 5/12/2016  

Date: September 1, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 / 350 / 7200 | CHECK 'N GO<br>Bankruptcy Dept.<br>639 West 14th Street<br>Chicago Heights, IL  60411 | Unsecured | | $0.00 | $1,945.00 | $1,945.00 |
| 6 / 350 / 7200 | CITY OF CHICAGO HEIGHTS<br>1601 Chicago Road<br>Chicago Heights, IL  60411 | Unsecured | | $0.00 | $200.00 | $200.00 |
| 7 / 350 / 7200 | COMCAST CORPORATION<br>1 Comcast Center<br>Philadelphia, PA  19103 | Unsecured | | $0.00 | $300.00 | $300.00 |
| 8 / 350 / 7200 | FIRST PREMIER BANK<br>ATTN:  Bankruptcy Department<br>601 South Minnesota Avenue<br>Sioux Falls, SD  57104 | Unsecured | | $0.00 | $344.00 | $344.00 |
| 9 / 350 / 7200 | LAKE IMAGING, LLC<br>c/o Komyatte & Casbon, PC<br>9650 Gordon Drive<br>Highland, IN  46322 | Unsecured | | $0.00 | $37.00 | $37.00 |
| 10 / 350 / 7200 | MICHELLE MORRISON<br>P.O. Box 348<br>Glenwood, IL 60425 | Unsecured | | $0.00 | $1,750.00 | $1,750.00 |
| 11 / 350 / 7200 | ST. MARGARET MERCY<br>c/o Pellettieri<br>991 Oak Creek Drive<br>Lombard, IL  60148 | Unsecured | | $0.00 | $1,053.00 | $1,053.00 |
| 12 / 350 / 7200 | PEP BOYS<br>c/o Synchrony Bank<br>P.O. Box 965036<br>Orlando, FL  32896 | Unsecured | | $0.00 | $833.00 | $833.00 |
| 13 / 350 / 7200 | WEB BANK / FINGERHUT<br>6250 Ridgewood Road<br>Saint Cloud, MN  56303 | Unsecured | | $0.00 | $470.00 | $470.00 |
| | Case Totals | | | $0.00 | $16,503.49 | $16,503.49 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                    Printed: September 1, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-19199                                                                                          Date: September 1, 2017
Debtor Name: JIMMIE JENKINS, Jr
Claims Bar Date: 5/12/2016

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-19199
Case Name: JIMMIE JENKINS, Jr
Trustee Name: BARRY A. CHATZ

Balance on hand $ 20,000.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 2,407.24 | $ 0.00 | $ 2,407.24 |
| Trustee Expenses: BARRY A. CHATZ | $ 78.46 | $ 0.00 | $ 78.46 |
| Attorney for Trustee Fees: COHEN & KROL | $ 2,264.25 | $ 0.00 | $ 2,264.25 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 17.10 | $ 0.00 | $ 17.10 |

Total to be paid for chapter 7 administrative expenses $ 4,767.05

Remaining Balance $ 15,232.95

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 135.41 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | ILLINOIS DEPARTMENT OF REVENUE | $ 135.41 | $ 0.00 | $ 135.41 |
| | Total to be paid to priority creditors | | | $ 135.41 |
| | Remaining Balance | | | $ 15,097.54 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,035.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | ILLINOIS DEPARTMENT OF REVENUE | $ 43.10 | $ 0.00 | $ 43.10 |
| 2 | PROG FINANCE, LLC | $ 991.93 | $ 0.00 | $ 991.93 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,035.03 |
| | Remaining Balance | | | $ 14,062.51 |

Tardily filed claims of general (unsecured) creditors totaling $ 10,566.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | GERACI LAW, LLC | $ 3,200.00 | $ 0.00 | $ 3,200.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | VERIZON WIRELESS | $ 434.00 | $ 0.00 | $ 434.00 |
| 5 | CHECK 'N GO | $ 1,945.00 | $ 0.00 | $ 1,945.00 |
| 6 | CITY OF CHICAGO HEIGHTS | $ 200.00 | $ 0.00 | $ 200.00 |
| 7 | COMCAST CORPORATION | $ 300.00 | $ 0.00 | $ 300.00 |
| 8 | FIRST PREMIER BANK | $ 344.00 | $ 0.00 | $ 344.00 |
| 9 | LAKE IMAGING, LLC | $ 37.00 | $ 0.00 | $ 37.00 |
| 10 | MICHELLE MORRISON | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| 11 | ST. MARGARET MERCY | $ 1,053.00 | $ 0.00 | $ 1,053.00 |
| 12 | PEP BOYS | $ 833.00 | $ 0.00 | $ 833.00 |
| 13 | WEB BANK / FINGERHUT | $ 470.00 | $ 0.00 | $ 470.00 |

|  |  |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 10,566.00 |
| Remaining Balance | $ 3,496.51 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 68.88 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable

interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,427.63 .