## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| JIMMIE JENKINS, Jr., | Case No. 15-19199 |
| Debtor. | Honorable Pamela S. Hollis |

### CERTIFICATE OF SERVICE BY MAIL

I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest of Jimmie Jenkins, Jr., which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on September 5, 2017.

/s/ Barry A Chatz, Trustee

Barry A. Chatz (ARDC# 06196639)
161 North Clark Street
Suite 4200
Chicago, IL  60601
(312) 876-7100
(312) 876-0288 Facsimile
bachatz@arnstein.com

Label Matrix for local noticing
0752-1
Case 15-19199
Northern District of Illinois
Chicago
Tue Sep  5 15:32:58 CDT 2017

City of Chicago Heights
1601 Chicago Road
Chicago Heights, IL 60411-3487


Geraci Law, L.L.C.
55 E. Monroe Street
Suite 3400
Chicago, IL 60603-5920


Lake Imaging, LLC
Komyatte & Casbon, PC
9650 Gordon Drive
Highland, IN 46322-2909


PepBoys
Synchrony Bank
PO Box 965036
Orlando FL 32896-5036


Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161-0244


Verizon Wireless
c/o Pinnacle Credit Service
7900 Highway 7 #100
Saint Louis, MN 55426-4045




Jimmie Jenkins JR
10640 S. Wallace Street
Chicago, IL 60628-2445

Comcast Corporation
1 Comcast Center
Philadelphia, PA 19103-2899


Illinios Department of Revenue
PO Box 64338
Chicago, IL 60664-0338


Michelle Morrison
PO Box 348
Glenwood, IL 60425-0348


(p)PROG LEASING LLC
256 WEST DATA DRIVE
DRAPER UT 84020-2315


St Margaret Mercy
c/o Pellettieri
991 Oak Creek Drive
Lombard, IL 60148-6408


Verizon Wireless
c/o Pinnacle Credit Service
Attn: Bankruptcy
P.O. Box 640
Hopkins, MN 55343-0640


Frank G. Cortese
The Cortese Law Offices, P.C.
22 West Washington Street
Suite 1500
Chicago, IL 60602-1607

Check N' Go
Bankruptcy Dept.
639 W. 14th Street
Chicago Heights, IL 60411-2374


First Premier Bank
Attn: Bankruptcy Dept.
601 S. Minnesota Ave.
Sioux Falls, SD 57104-4868


Illinois Department of Revenue Bankruptcy Se
P.O. Box 64338
Chicago, Illinois 60664-0338


Pellettieri
991 Oak Creek Dr
Lombard, IL 60148-6408


Prog Finance, LLC
256 West Data Drive
Draper UT 84020-2315


Verizon Wireless
Pinnacle Credit Service
Attn: Bankruptcy
Po Box 640
Hopkins, MN 55343-0640


Web Bank/finbgerhut
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820


Gina B Krol
Cohen & Krol
105 West Madison St Ste 1100
Chicago, IL 60602-4600


Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JIMMIE JENKINS, Jr | § | Case No. 15-19199 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Thursday, September 28, 2017, in Courtroom 644, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>09/01/2017</u>          By: <u>/s/ Barry A. Chatz, Trustee</u>
                                                                                            Trustee


*BARRY A. CHATZ*
*161 NORTH CLARK STREET*
*SUITE 4200*
*CHICAGO, IL  60601*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In re: §
§
JIMMIE JENKINS, Jr § Case No. 15-19199
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 20,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 20,000.00 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 2,407.24 | $ 0.00 | $ 2,407.24 |
| Trustee Expenses: BARRY A. CHATZ | $ 78.46 | $ 0.00 | $ 78.46 |
| Attorney for Trustee Fees: COHEN & KROL | $ 2,264.25 | $ 0.00 | $ 2,264.25 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 17.10 | $ 0.00 | $ 17.10 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 4,767.05 |
| Remaining Balance | $ | 15,232.95 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 135.41 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | ILLINOIS DEPARTMENT OF REVENUE | $          135.41 | $          0.00 | $          135.41 |
| | Total to be paid to priority creditors | | $          135.41 | |
| | Remaining Balance | | $          15,097.54 | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,035.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | ILLINOIS DEPARTMENT OF REVENUE | $          43.10 | $          0.00 | $          43.10 |
| 2 | PROG FINANCE, LLC | $          991.93 | $          0.00 | $          991.93 |
| | Total to be paid to timely general unsecured creditors | | $          1,035.03 | |
| | Remaining Balance | | $          14,062.51 | |

Tardily filed claims of general (unsecured) creditors totaling $ 10,566.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | GERACI LAW, LLC | $      3,200.00 | $      0.00 | $      3,200.00 |
| 4 | VERIZON WIRELESS | $      434.00 | $      0.00 | $      434.00 |
| 5 | CHECK 'N GO | $      1,945.00 | $      0.00 | $      1,945.00 |
| 6 | CITY OF CHICAGO HEIGHTS | $      200.00 | $      0.00 | $      200.00 |
| 7 | COMCAST CORPORATION | $      300.00 | $      0.00 | $      300.00 |
| 8 | FIRST PREMIER BANK | $      344.00 | $      0.00 | $      344.00 |
| 9 | LAKE IMAGING, LLC | $      37.00 | $      0.00 | $      37.00 |
| 10 | MICHELLE MORRISON | $      1,750.00 | $      0.00 | $      1,750.00 |
| 11 | ST. MARGARET MERCY | $      1,053.00 | $      0.00 | $      1,053.00 |
| 12 | PEP BOYS | $      833.00 | $      0.00 | $      833.00 |
| 13 | WEB BANK / FINGERHUT | $      470.00 | $      0.00 | $      470.00 |

Total to be paid to tardy general unsecured creditors        $_____ 10,566.00

Remaining Balance        $_____ 3,496.51

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 68.88 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,427.63 .

Prepared By: /s/ Barry A. Chatz, Trustee
                                    Trustee

*BARRY A. CHATZ*
*161 NORTH CLARK STREET*
*SUITE 4200*
*CHICAGO, IL  60601*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.