UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
                                    §
JIMMIE JENKINS, Jr                  §    Case No. 15-19199
                                    §
                                    §
         Debtor                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BARRY A. CHATZ, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

   ---

   Assets Abandoned: 31,325.00                Assets Exempt: 8,883.00
   *(Without deducting any secured claims)*

   Total Distributions to Claimants: 11,805.32    Claims Discharged
                                                  Without Payment: 36,153.00

   Total Expenses of Administration: 4,767.05

   ---

   3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,427.63 (see **Exhibit 2**), yielded net receipts of $ 16,572.37 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 24,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,767.05 | 4,767.05 | 4,767.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 162.00 | 135.41 | 135.41 | 135.41 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 11,991.00 | 11,601.03 | 11,601.03 | 11,669.91 |
| **TOTAL DISBURSEMENTS** | $ 36,153.00 | $ 16,503.49 | $ 16,503.49 | $ 16,572.37 |

4) This case was originally filed under chapter 7 on 06/01/2015 . The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/10/2018                    By:/s/BARRY A. CHATZ, TRUSTEE
                                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cause of Action | 1229-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 20,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JIMMIE JENKINS, Jr | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 3,427.63 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,427.63** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer USA PO Box 961245 Fort Worth, TX 76161 | | 24,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 24,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 2,407.24 | 2,407.24 | 2,407.24 |
| BARRY A. CHATZ | 2200-000 | NA | 78.46 | 78.46 | 78.46 |
| COHEN & KROL | 3210-000 | NA | 2,264.25 | 2,264.25 | 2,264.25 |
| COHEN & KROL | 3220-000 | NA | 17.10 | 17.10 | 17.10 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,767.05 | $ 4,767.05 | $ 4,767.05 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinios Department of Revenue PO Box 64338 Chicago, IL 60664-0338 | | 162.00 | NA | NA | 0.00 |
| 1A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 135.41 | 135.41 | 135.41 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 162.00 | $ 135.41 | $ 135.41 | $ 135.41 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Check N' Go Bankruptcy Dept. 639 W. 14th Street Chicago Heights, IL 60411 | | 1,945.00 | NA | NA | 0.00 |
| | City of Chicago Heights 1601 Chicago Road Chicago Heights, IL 60411 | | 200.00 | NA | NA | 0.00 |
| | Comcast Corporation 1 Comcast Center Philadelphia, PA 19103 | | 300.00 | NA | NA | 0.00 |
| | First Premier Bank Attn: Bankruptcy Dept. 601 S. Minnesota Ave. Sioux Falls, SD 57104 | | 344.00 | NA | NA | 0.00 |
| | Geraci Law, L.L.C. 55 E. Monroe Street Suite 3400 Chicago, IL 60603 | | 3,200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lake Imaging, LLC Komyatte & Casbon, PC 9650 Gordon Drive Highland, IN 46322 | | 37.00 | NA | NA | 0.00 |
| | Michelle Morrison | | 1,750.00 | NA | NA | 0.00 |
| | Pellettieri 991 Oak Creek Dr Lombard, IL 60148 | | 1,053.00 | NA | NA | 0.00 |
| | Pinnacle Credit Service Attn: Bankruptcy Po Box 640 Hopkins, MN 55343 | | 434.00 | NA | NA | 0.00 |
| | Prog Finance, LLC 10619 South Jordan Gateway #100 South Jordan, UT 84095 | | 991.00 | NA | NA | 0.00 |
| | Syncb/pep Boys C/o Po Box 965036 Orlando, FL 32896 | | 833.00 | NA | NA | 0.00 |
| | Verizon Wireless c/o Pinnacle Credit Service 7900 Highway 7 #100 Saint Louis, MN 55426 | | 434.00 | NA | NA | 0.00 |
| | Webbank/fingerhut 6250 Ridgewood Rd Saint Cloud, MN 56303 | | 470.00 | NA | NA | 0.00 |
| 1B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 43.10 | 43.10 | 43.10 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | PROG FINANCE, LLC | 7100-000 | NA | 991.93 | 991.93 | 991.93 |
| 6 | CITY OF CHICAGO HEIGHTS | 7200-000 | NA | 200.00 | 200.00 | 200.00 |
| 7 | COMCAST CORPORATION | 7200-000 | NA | 300.00 | 300.00 | 300.00 |
| 8 | FIRST PREMIER BANK | 7200-000 | NA | 344.00 | 344.00 | 344.00 |
| 3 | GERACI LAW, LLC | 7200-000 | NA | 3,200.00 | 3,200.00 | 3,200.00 |
| 9 | LAKE IMAGING, LLC | 7200-000 | NA | 37.00 | 37.00 | 37.00 |
| 10 | MICHELLE MORRISON | 7200-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| 13 | WEB BANK / FINGERHUT | 7200-000 | NA | 470.00 | 470.00 | 470.00 |
| 5 | CHECK 'N GO | 7200-001 | NA | 1,945.00 | 1,945.00 | 1,945.00 |
| 12 | PEP BOYS | 7200-001 | NA | 833.00 | 833.00 | 833.00 |
| 11 | ST. MARGARET MERCY | 7200-001 | NA | 1,053.00 | 1,053.00 | 1,053.00 |
| 4 | VERIZON WIRELESS | 7200-001 | NA | 434.00 | 434.00 | 434.00 |
|  | CITY OF CHICAGO HEIGHTS | 7990-000 | NA | NA | NA | 1.17 |
|  | COMCAST CORPORATION | 7990-000 | NA | NA | NA | 1.76 |
|  | FIRST PREMIER BANK | 7990-000 | NA | NA | NA | 2.02 |
|  | GERACI LAW, LLC | 7990-000 | NA | NA | NA | 18.78 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ILLINOIS DEPARTMENT OF REVENUE | 7990-000 | NA | NA | NA | 1.04 |
| | LAKE IMAGING, LLC | 7990-000 | NA | NA | NA | 0.22 |
| | MICHELLE MORRISON | 7990-000 | NA | NA | NA | 10.27 |
| | PROG FINANCE, LLC | 7990-000 | NA | NA | NA | 5.82 |
| | WEB BANK / FINGERHUT | 7990-000 | NA | NA | NA | 2.76 |
| | CHECK 'N GO | 7990-001 | NA | NA | NA | 11.42 |
| | PEP BOYS | 7990-001 | NA | NA | NA | 4.89 |
| | ST. MARGARET MERCY | 7990-001 | NA | NA | NA | 6.18 |
| | VERIZON WIRELESS | 7990-001 | NA | NA | NA | 2.55 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 11,991.00 | $ 11,601.03 | $ 11,601.03 | $ 11,669.91 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-19199 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | BARRY A. CHATZ, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | JIMMIE JENKINS, Jr | | | | Date Filed (f) or Converted (c): | 06/01/2015 (f) |
| | | | | | 341(a) Meeting Date: | 07/15/2015 |
| For Period Ending: | 01/10/2018 | | | | Claims Bar Date: | 05/12/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking, savings or other financial accounts | 33.00 | 0.00 | | 0.00 | FA |
| 2. Household goods and furnishings | 900.00 | 0.00 | | 0.00 | FA |
| 3. Wearing apparel | 550.00 | 0.00 | | 0.00 | FA |
| 4. IRA, ERISA, Keogh or pension or profit sharing plans | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. Automobiles, Trucks and Vehicles | 13,725.00 | 0.00 | | 0.00 | FA |
| 6. Worker's Compensation Claim | 20,000.00 | 0.00 | | 0.00 | FA |
| 7. Cause of Action (u) | 0.00 | 0.00 | | 20,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $40,208.00   $0.00   $20,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Single asset is unscheduled recovery from medical malpractice case which begins paying out in 2017.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Chase Bank Checking Account |
| RE PROP # | 5 | -- | 2008 Chevrolet Avalanche - 125,000 miles |
| RE PROP # | 6 | -- | Worker's Compensation Claim<br>10/10/14 Neck Injury<br><br>Attorney:  Sklare Law Group, Ltd.<br>20 N. Clark Street<br>Suite 1450<br>Chicago, IL 60602<br>312-782-2308 |
| RE PROP # | 7 | -- | U.S. Trustee's Office received call re  undisclosed asset.  Further investigation revealed debtor lost child in a personal injury/medical malpractice case in which the debtor and the child's mother were plaintiffs in a law suit to recover damages for death of minor child. |

Initial Projected Date of Final Report (TFR): 12/31/2018        Current Projected Date of Final Report (TFR): 12/31/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-19199 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: JIMMIE JENKINS, Jr | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0912 |
| | Checking |
| Taxpayer ID No: XX-XXX9845 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/10/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/17 | 7 | PACIFIC LIFE & ANNUITY COMPANY | LIQUIDATION OF OTHER ASSET | 1229-000 | $20,000.00 | | $20,000.00 |
| 09/28/17 | 400001 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL  60601 | Distribution | | | $2,485.70 | $17,514.30 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($2,407.24) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($78.46) | 2200-000 | | | |
| 09/28/17 | 400002 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602 | Distribution | | | $2,281.35 | $15,232.95 |
| | | COHEN & KROL | Final distribution representing a payment of 100.00 % per court order. ($2,264.25) | 3210-000 | | | |
| | | COHEN & KROL | Final distribution representing a payment of 100.00 % per court order. ($17.10) | 3220-000 | | | |
| 09/28/17 | 400003 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, ILLINOIS  60664-0338 | Distribution | | | $179.55 | $15,053.40 |
| | | | ($1.04) | 7990-000 | | | |
| | | ILLINOIS DEPARTMENT OF REVENUE | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($135.41) | 5800-000 | | | |
| | | ILLINOIS DEPARTMENT OF REVENUE | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($43.10) | 7100-000 | | | |
| 09/28/17 | 400004 | PROG FINANCE, LLC<br>256 West Data Drive<br>Draper, UT  84020 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $997.75 | $14,055.65 |

Page Subtotals: $20,000.00  $5,944.35

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-19199 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: JIMMIE JENKINS, Jr | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0912 |
| | Checking |
| Taxpayer ID No: XX-XXX9845 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/10/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($5.82) | 7990-000 | | | |
| | | PROG FINANCE, LLC | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($991.93) | 7100-000 | | | |
| 09/28/17 | 400005 | GERACI LAW, LLC<br>55 East Monroe Street<br>Suite 3400<br>Chicago, IL 60603 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $3,218.78 | $10,836.87 |
| | | | ($18.78) | 7990-000 | | | |
| | | GERACI LAW, LLC | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($3,200.00) | 7200-000 | | | |
| 09/28/17 | 400006 | VERIZON WIRELESS<br>c/o Pinnacle Credit Service<br>Attn: Bankruptcy<br>P.O. Box 640<br>Hopkins, MN 55343 | Final distribution to claim 4 representing a payment of 100.00 % per court order. Check returned undeliverable 10/11/17 - stopped payment - prepare to deposit with Court | | | $436.55 | $10,400.32 |
| | | | ($2.55) | 7990-000 | | | |
| | | VERIZON WIRELESS | Final distribution to claim 4 representing a payment of 100.00 % per court order. ($434.00) | 7200-000 | | | |
| 09/28/17 | 400007 | CHECK 'N GO<br>Bankruptcy Dept.<br>639 West 14th Street<br>Chicago Heights, IL 60411 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $1,956.42 | $8,443.90 |
| | | | ($11.42) | 7990-000 | | | |
| | | CHECK 'N GO | Final distribution to claim 5 representing a payment of 100.00 % per court order. ($1,945.00) | 7200-000 | | | |
| 09/28/17 | 400008 | CITY OF CHICAGO HEIGHTS<br>1601 Chicago Road<br>Chicago Heights, IL 60411 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | $201.17 | $8,242.73 |
| | | | ($1.17) | 7990-000 | | | |

| | | | Page Subtotals: | | $0.00 | $5,812.92 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-19199 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: JIMMIE JENKINS, Jr | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0912 |
| | Checking |
| Taxpayer ID No: XX-XXX9845 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/10/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | CITY OF CHICAGO HEIGHTS | Final distribution to claim 6 representing a payment of 100.00 % per court order. | ($200.00) | 7200-000 | | |
| 09/28/17 | 400009 | COMCAST CORPORATION<br>1 Comcast Center<br>Philadelphia, PA  19103 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | | | $301.76 | $7,940.97 |
| | | | | ($1.76) | 7990-000 | | |
| | | COMCAST CORPORATION | Final distribution to claim 7 representing a payment of 100.00 % per court order. | ($300.00) | 7200-000 | | |
| 09/28/17 | 400010 | FIRST PREMIER BANK<br>ATTN:  Bankruptcy Department<br>601 South Minnesota Avenue<br>Sioux Falls, SD  57104 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | | | $346.02 | $7,594.95 |
| | | | | ($2.02) | 7990-000 | | |
| | | FIRST PREMIER BANK | Final distribution to claim 8 representing a payment of 100.00 % per court order. | ($344.00) | 7200-000 | | |
| 09/28/17 | 400011 | LAKE IMAGING, LLC<br>c/o Komyatte & Casbon, PC<br>9650 Gordon Drive<br>Highland, IN  46322 | Final distribution to claim 9 representing a payment of 100.00 % per court order. | | | $37.22 | $7,557.73 |
| | | | | ($0.22) | 7990-000 | | |
| | | LAKE IMAGING, LLC | Final distribution to claim 9 representing a payment of 100.00 % per court order. | ($37.00) | 7200-000 | | |
| 09/28/17 | 400012 | MICHELLE MORRISON<br>937 East 193rd Street<br>Glenwood, IL 60425-2007 | Final distribution to claim 10 representing a payment of 100.00 % per court order. | | | $1,760.27 | $5,797.46 |
| | | | | ($10.27) | 7990-000 | | |
| | | MICHELLE MORRISON | Final distribution to claim 10 representing a payment of 100.00 % per court order. | ($1,750.00) | 7200-000 | | |

Page Subtotals: $0.00  $2,445.27

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-19199 | Trustee Name: | BARRY A. CHATZ, TRUSTEE |
|---|---|---|---|
| Case Name: | JIMMIE JENKINS, Jr | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0912 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9845 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/10/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/28/17 | 400013 | ST. MARGARET MERCY<br>c/o Pellettieri<br>991 Oak Creek Drive<br>Lombard, IL  60148 | Final distribution to claim 11 representing a payment of 100.00 % per court order. | | | $1,059.18 | $4,738.28 |
| | | | ($6.18) | 7990-000 | | | |
| | | ST. MARGARET MERCY | Final distribution to claim 11 representing a payment of 100.00 % per court order. | ($1,053.00) | 7200-000 | | | |
| 09/28/17 | 400014 | PEP BOYS<br>c/o Synchrony Bank<br>P.O. Box 965036<br>Orlando, FL  32896 | Final distribution to claim 12 representing a payment of 100.00 % per court order. | | | $837.89 | $3,900.39 |
| | | | ($4.89) | 7990-000 | | | |
| | | PEP BOYS | Final distribution to claim 12 representing a payment of 100.00 % per court order. | ($833.00) | 7200-000 | | | |
| 09/28/17 | 400015 | WEB BANK / FINGERHUT<br>6250 Ridgewood Road<br>Saint Cloud, MN  56303 | Final distribution to claim 13 representing a payment of 100.00 % per court order. | | | $472.76 | $3,427.63 |
| | | | ($2.76) | 7990-000 | | | |
| | | WEB BANK / FINGERHUT | Final distribution to claim 13 representing a payment of 100.00 % per court order. | ($470.00) | 7200-000 | | | |
| 09/28/17 | 400016 | JIMMIE JENKINS, Jr<br>10640 S. WALLACE STREET<br>CHICAGO, IL  60628 | Distribution of surplus funds to debtor. | 8200-002 | | $3,427.63 | $0.00 |
| 10/12/17 | 400006 | VERIZON WIRELESS<br>c/o Pinnacle Credit Service<br>Attn:  Bankruptcy<br>P.O. Box 640<br>Hopkins, MN  55343 | Final distribution to claim 4 representing a payment of 100.00 % per court order. Reversal<br>Check returned undeliverable 10/11/17 - stopped payment - prepare to deposit with Court | | | ($436.55) | $436.55 |
| | | | $2.55 | 7990-000 | | | |

| | | | Page Subtotals: | | $0.00 | $5,360.91 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-19199 | Trustee Name: | BARRY A. CHATZ, TRUSTEE |
|---|---|---|---|
| Case Name: | JIMMIE JENKINS, Jr | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0912 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9845 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/10/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | VERIZON WIRELESS | Final distribution to claim 4 representing a payment of 100.00 % per court order. | $434.00 | 7200-000 | | |
| 10/20/17 | 400014 | PEP BOYS<br>c/o Synchrony Bank<br>P.O. Box 965036<br>Orlando, FL 32896 | Final distribution to claim 12 representing a payment of 100.00 % per court order. Reversal | | | ($837.89) | $1,274.44 |
| | | | | $4.89 | 7990-000 | | |
| | | PEP BOYS | Final distribution to claim 12 representing a payment of 100.00 % per court order. | $833.00 | 7200-000 | | |
| 10/21/17 | 400013 | ST. MARGARET MERCY<br>c/o Pellettieri<br>991 Oak Creek Drive<br>Lombard, IL 60148 | Final distribution to claim 11 representing a payment of 100.00 % per court order. Reversal | | | ($1,059.18) | $2,333.62 |
| | | | | $6.18 | 7990-000 | | |
| | | ST. MARGARET MERCY | Final distribution to claim 11 representing a payment of 100.00 % per court order. | $1,053.00 | 7200-000 | | |
| 10/24/17 | 400017 | Clerk, U.S. Bankruptcy Court | Remit To Court | | | $2,333.62 | $0.00 |
| | | | | ($13.62) | 7990-000 | | |
| | | VERIZON WIRELESS | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($434.00) | 7200-001 | | |
| | | ST. MARGARET MERCY | Final distribution to claim 11 representing a payment of 100.00 % per court order. | ($1,053.00) | 7200-001 | | |
| | | PEP BOYS | Final distribution to claim 12 representing a payment of 100.00 % per court order. | ($833.00) | 7200-001 | | |
| 11/11/17 | 400005 | GERACI LAW, LLC<br>55 East Monroe Street<br>Suite 3400<br>Chicago, IL 60603 | Final distribution to claim 3 representing a payment of 100.00 % per court order. Reversal | | | ($3,218.78) | $3,218.78 |

| | | | Page Subtotals: | | $0.00 | ($2,782.23) | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-19199 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: JIMMIE JENKINS, Jr | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0912 |
| | Checking |
| Taxpayer ID No: XX-XXX9845 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/10/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | $18.78 | 7990-000 | | | |
| | | GERACI LAW, LLC | Final distribution to claim 3 representing a payment of 100.00 % per court order. $3,200.00 | 7200-000 | | | |
| 11/13/17 | 400018 | GERACI LAW, LLC<br>55 East Monroe Street<br>Suite 3400<br>Chicago, IL 60603 | Replace reversed check #4000005<br>Replace check #400005 which was not received by claimant in payment of claim #3 representing payment of 100% plus interest pursuant to court order | | | $3,218.78 | $0.00 |
| | | | ($18.78) | 7990-000 | | | |
| | | GERACI LAW, LLC | ($3,200.00) | 7200-000 | | | |
| 11/21/17 | 400007 | CHECK 'N GO<br>Bankruptcy Dept.<br>639 West 14th Street<br>Chicago Heights, IL  60411 | Final distribution to claim 5 representing a payment of 100.00 % per court order. Reversal | | | ($1,956.42) | $1,956.42 |
| | | | $11.42 | 7990-000 | | | |
| | | CHECK 'N GO | Final distribution to claim 5 representing a payment of 100.00 % per court order. $1,945.00 | 7200-000 | | | |
| 11/21/17 | 400019 | Clerk, U.S. Bankruptcy Court | Remit To Court<br>Turnover of funds from distribution to Check 'n Go to Bankruptcy Court | | | $1,956.42 | $0.00 |
| | | | ($11.42) | 7990-000 | | | |
| | | CHECK 'N GO | Final distribution to claim 5 representing a payment of 100.00 % per court order. ($1,945.00) | 7200-001 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $3,218.78 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

| | | |
|---|---:|---:|
| Subtotal | $20,000.00 | $20,000.00 |
| Less: Payments to Debtors | $0.00 | $3,427.63 |
| Net | $20,000.00 | $16,572.37 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0912 - Checking | $20,000.00 | $16,572.37 | $0.00 |
|  | $20,000.00 | $16,572.37 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |